UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 22-34-DLB-CJS

TERRY JONES                                                            PLAINTIFF

v.                                              **ORDER**

CRAIG HUGHES, WARDEN                              DEFENDANT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge Candace J. Smith (Doc. # 8), wherein she recommends that Plaintiff Terry Jones's Habeas Corpus Petition (Doc. # 1) be dismissed without prejudice and that no certificate of appealability be issued. No objections to the R&R have been filed and the time for such objections to be filed has now expired. Thus, the R&R is ripe for review. Having reviewed the R&R and concluding that it is sound in all respects, it will be adopted in full as the Opinion of the Court. Accordingly,

**IT IS ORDERED** as follows:

(1) The Report and Recommendation of the United States Magistrate Judge (Doc. # 8) is **ADOPTED** as the Opinion of the Court;

(2) Defendant's Petition for Writ of Habeas Corpus (Doc. # 1) is **DENIED without prejudice**;

(3) Defendant's Motion to Proceed in Forma Pauperis (Doc. # 2) is **DENIED AS MOOT**;

1

(4) For the reasons set forth in the Magistrate Judge's R&R (Doc. # 8), the Court determines there would be no arguable merit for an appeal in this matter and, therefore, **NO CERTIFICATE OF APPEALABILITY SHALL ISSUE**;

(5) This matter is **DISMISSED** with prejudice and **STRICKEN** from the Court's active docket; and

(6) A separate Judgment will be filed concurrently herewith.

This 28th day of December, 2022.

Signed By:
*David L. Bunning*   DB
United States District Judge

K:\DATA\ORDERS\Cov2022\22-34 Order Adopting RR.docx